JUNE 3 2109

U.S. JUDGE Alvarez
1701 BBUSINESS HWY 83
MC ALLEN, TX. 78501

ATT. FEDERAL JUDGE Alvarez :

CASE# 7:18CR-0914-001

DEAR JUDGE:

SIR, GREETINGS TO YOU AND THE STAFF, I HOPE AND PRAY THAT ALL IS VERY WELL WITH YOU ALL. AND THIS TIME I WOULD LIKE TO SO REUQEST THE FOLLOWING PLEASE. * BUT, ALSO I WAS UNDER THE IMPRESSION THAT ( THE WEAPON) MATTER WAS DROPPPED OR EXPUNGED???

***PLEASE CLARIFY.. YOUR HONOR.

''also needed''

COPIES OF MY:

A. SENTENCING DAY TRANSCRIPTS.

B. A COPY OF MY PLEASE AGREEMENT.

C. A COPY OF MY J & C (JUDGEMENT & COMMITTE MENT. SR.

PLEASE KINDLY REPLY, I:LL BE MOSTGRATEFUL:

SINCERELY

MR OSCAR ESTRADA # 68507-479
PO BOX 1010
BASTROP TX. 78602-1010

OSCAR ESTRADA

Federal Correctional Institution
Name: OSCAR ESTRADA
Register No:
PO Box 1010
Bastrop, TX 78602

LEGAL MAIL

AUSTIN TX 787
RIO GRANDE DISTRICT
05 JUN 2019 PM 4 L

◇68507-479◇
Fedaral Court Clerk
1701 W Business Highway 83
Mcallen, TX 78501
United States

U.S. DISTRICT C...
RECEIVED
JUN 10 2019
SOUTHERN DIST...
McAl...

78501-0014